# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST. SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

March 18, 2010

Clerk of Court, U.S. District Court
District of Nevada
333 Las Vegas Blvd S., 1st Floor
Las Vegas, NV 89101

RE: USA v. Brett Depue
Your case number: 2:10-cr-121
Arizona case number: 10-00086M-001

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Michelle H. Burns in Phoenix, Arizona. The following action has been taken.

☒ U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

☐ THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov. Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to the Phoenix office.

Sincerely,

RICHARD H. WEARE,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: s/Michele Morgan
   Michele Morgan
   Deputy Clerk

Enclosures

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No.   10-00086M |
|  | ) |
| Brett Depue | ) Charging District's |
| *Defendant* | ) Case No.   2:10-cr-121 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of _____Nevada_____,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____.

The defendant:   ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   March 18, 2010

*Judge's signature*

Michelle H. Burns, United States Magistrate Judge
*Printed name and title*

I hereby attest and certify on __3-18-10__
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

CLOSED

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CRIMINAL DOCKET FOR CASE #: 2:10-mj-00086-MHB All Defendants
# Internal Use Only

Case title: USA v. Depue
Other court case number: 2:10-cr-121 District of Nevada

Date Filed: 03/16/2010
Date Terminated: 03/18/2010

Assigned to: Magistrate Judge Michelle H Burns

**Defendant (1)**

Brett Depue
*TERMINATED: 03/18/2010*

represented by **Gerald A Williams**
Federal Public Defenders Office
850 W Adams St
Ste 201
Phoenix, AZ 85007
602-382-2700
Fax: 602-382-2800
Email: Gerald_Williams@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1349 - Conspiracy to Commit Bank Fraud, Mail Fraud and Wire Fraud;
18:1343 - Wire Fraud, 18:2 - Aid and Abet

**Disposition**

**Plaintiff**

USA                                                            represented by **Peter S Sexton**
US Attorney's Office
2 Renaissance Sq
40 N Central Ave
Ste 1200
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-514-7450
Email: Peter.Sexton@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2010 | 1 | Arrest (warrant issued District of Nevada) of Brett Depue (MMO) (Entered: 03/16/2010) |
| 03/16/2010 | 2 | *SEALED* Pretrial Services bail report as to Brett Depue, filed by Pretrial Services. (Thomas, Julie) (Entered: 03/16/2010) |
| 03/16/2010 | 3 | Minute Entry for proceedings held before Magistrate Judge Michelle H Burns: Initial Appearance and Appointment of Counsel Hearings in Rule 5(c)(3) Proceedings as to Brett Depue held on 3/16/2010. Appearances: AUSA Peter Sexton for the government. AFPD Gerald A Williams for defendant. Defendant is present and in custody. FINANCIAL AFFIDAVIT TAKEN. AFPD Attorney Gerald A Williams appointed. Detention Hearing submitted. Defendant released O/R with conditions. Identity Hearing waived. LATER: The Court is informed the defendant has an extraditable warrant from Clark County in Nevada. IT IS ORDERED detaining the defendant. Warrant of Removal to be issued. (Court Reporter COURTSMART). [This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry.] (KAL) (Entered: 03/17/2010) |
| 03/16/2010 | 4 | WAIVER of Rule 5 & 5.1 Hearings by Brett Depue (MMO) (Entered: 03/18/2010) |
| 03/16/2010 | 6 | (Court only) CJA 23 Financial Affidavit by Brett Depue (MMO) (Entered: 03/18/2010) |
| 03/18/2010 | 5 | ORDER OF DETENTION as to Brett Depue. Signed by Magistrate Judge Michelle H Burns on 3/16/2010.(MMO) (Entered: 03/18/2010) |
| 03/18/2010 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Brett Depue. Defendant committed to District of Nevada. Signed by Magistrate Judge Michelle H Burns on 3/18/2010.(MMO) (Entered: 03/18/2010) |

I hereby attest and certify on __3-18-10__
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy