UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:10-cr-121-RLH-RJJ |
| ) | |
| vs. ) | |
| ) | |
| BRETT DEPUE, ) | O R D E R |
| ) | |
| Defendant, ) | |

IT IS HEREBY ORDERED that on or before July 18, 2011, Defendant, Brett Depue shall file a status report regarding the status of discovery pursuant to the Sealed Minutes of Proceedings (#72).

DATED this  5th  day of July, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge