DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336
Fax: (702) 388-5087

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.:  2:10-cr-0121-RLH-RJJ |
| Plaintiff, ) | |
| ) | EVIDENTIARY STIPULATION NUMBER 1 |
| VS. ) | |
| BRETT I. DEPUE, ) | |
| Defendant . ) | |

THE UNITED STATES OF AMERICA, by and through Daniel G. Bogden, United States Attorney, Brian Pugh, and Sarah Griswold, Assistant United States Attorneys, and Mace J. Yampolsky, counsel for defendant, HEREBY STIPULATE to the admission into evidence at trial of the following exhibits:

Exhibits 1A through 1M, records from the MortgageIt's Cardoso/7817 Fruit Dove loan file related to Count 1;

Exhibit 2, including exhibits 2A through 2-I, ABS Investment's Jones/2324 Cockatiel file related to Counts 1 and 2;

Exhibit 3 including exhibits 3A through 3F, ABS Investments records from the Dan Jones file related to Counts 1, 2 and 3;

Exhibits 4A through 4K, records from Citi Residential Lending's Jones/2324 Cockatiel loan file related to Counts 1 and 2;

Exhibit 5 including exhibits 5A through 5L, records from ABS Investment's Jones/928 Lloyd George file related to Counts 1 and 3;

Exhibits 6A through 6N, records from Aegis's Jones/928 Lloyd George loan file related to Counts 1 and 3;

Exhibit 7 including exhibits 7A through 7H, records from ABS Investment's Depue/11505 Lone Point file related to Counts 1 and 6;

Exhibits 8A and 8B, records from Old Republic National Title's Depue/11505 Lone Point file related to Counts 1 and 6;

Exhibits 9A through 9M, records from Fremont Investment & Loan's Depue/11505 Lone Point loan file related to Counts 1 and 6;

Exhibits 10A through 10K, records from Fremont Investment & Loan's Depue/11505 Lone Point loan file related to Counts 1 and 6;

Exhibits 11A through 11M, records from Suntrust's Drell/46 Fountainhead loan file related to Count 1;

Exhibits 12A through 12S, records from Old Republic National Title's Drell/46 Fountainhead file related to Count 1;

Exhibit 13 including exhibits 13A through 13L, records from ABS Investment's Depue/2122 Oliver Springs file related to Counts 1 and 4;

Exhibits 14A through 14N, records from Countrywide's Depue/2122 Oliver Springs loan file related to Counts 1 and 4;

Exhibit 15A, record from Old Republic National Title's Depue/2122 Oliver Springs file related to Count 1 and 4;

Exhibit 16 including exhibits 16A through 16P, records from ABS Investment's Depue/11254 Alga Court file related to Counts 1 and 5;

Exhibits 17A through 17-O, records from Wargo & French, LLP's Depue/11254 Alga Court loan file related to Counts 1 and 5;

Exhibits 18A through 18C, records from Old Republic National Title's Depue/11254 Alga Court file related to Counts 1 and 5;

Exhibit 19 including exhibits 19A through 19H, records from ABS Investment's Lonsdale/2489 Abbeystone file related to Count 1;

Exhibits 20A through 20F, records from Barclays Capital Real Estate Fremont Reorganizing Corporation's Lonsdale/2489 Abbeystone loan file related to Count 1;

Exhibits 21A through 21M, records from MortgageIt's Depue/11261 Tenza Court loan file related to Counts 1 and 8;

Exhibit 22 including exhibits 22A through 22H, records from ABS Investment's Depue/11624 Aruba Beach file related to Counts 1 and 7;

Exhibits 23A through 23K, records from Aurora Loan Service's Depue/11624 Aruba Beach file related to Counts 1 and 7;

Exhibits 24A through 24D, records from Chicago Title's Depue/11624 Aruba Beach file related to Counts 1 and 7;

Exhibit 25 including exhibits 25A through 25F, records from ABS Investment's Pike/3109 Whispering Canyon file related to Counts 1 and 9;

Exhibits 26A through 26N, records from Aurora Loan Service's Pike/3109 Whispering Canyon file related to Counts 1 and 9;

Exhibit 28 including exhibits 28A through 28-I, records from ABS Investment's Pike/7521 Brookwood file related to Count 1;

Exhibit 29 including exhibits 29A through 29H, records from ABS Investment's Depue/7521 Brookwood file related to Count 1;

Exhibits 30A through 30L, records from MortgageIt's Pike/7521 Brookwood loan file related to Count 1;

Exhibits 31A through 31E, records from MortgageIt's Pike/7521 Brookwood loan file related to Count 1;

Exhibit 32 including exhibits 32A through 32W, records from ABS Investment's Ornelas/7530 Apple Springs file related to Counts 1 and 10;

Exhibits 33A through 33C, records from Chicago Title's Ornelas/7530 Apple Springs file related to Counts 1 and 10;

Exhibits 35A through 35Q, records from MortgageIt's Lilleberg/3276 Alcudia Bay loan file related to Count 1;

Exhibits 37A through 37Q, records from Aurora Loan Service's Gamboa/266 Rolling Springs loan file related to Counts 1 and 11;

Exhibits 38A and 38B, records from Old Republic National Title's Gamboa/266 Rolling Springs file related to Counts 1 and 11;

Exhibit 39 including exhibits 39A through 39E, records from ABS Investment's Autry/4034 Annendale file related to Count 1;

Exhibits 40A through 40N, records from Aurora Loan Service's Autry/4034 Annendale loan file related to Count 1;

Exhibits 42A through 42N, records from One West Bank's Gamboa/878 Bare Branch loan file related to Counts 1 and 12;

Exhibits 45 through 49, records from Federal Reserve Bank related to Counts 1, 3, 4, and 5;

1  Exhibits 50A through 50N, records from Fremont Investment & Loan's Ornelas/7530 Apple Springs loan file related to Counts 1 and 10; and

3  Exhibits 51A through 51N, records from Fremont Investment & Loan's Lonsdale/2489 Abbeystone loan file related to Count 1;

5              Respectfully submitted.

                             DANIEL G. BOGDEN
7                            United States Attorney

9  DATED: 1/27/2012          /s/ Brian Pugh
                             BRIAN PUGH
10                           Assistant United States Attorney

12 DATED: 1/27/2012          /s/ Mace Yampolsky
                             MACE J. YAMPOLSKY
13                           Counsel for Defendant

4