DRAFT EXHIBIT LIST

United States of America v. Brett I. Depue, Case No. 2:10-cr-0121-RLH-RJJ

MortgageIt file: 7817 Fruit Dove – Sam Cardoso –  **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No.    Witness | DESCRIPTION |
|---|---|---|---|
| | | 1 | Loan Files                                  17958-18647 |
| | | 1A | Residential Purchase Agreement                  18192-201 |
| | | 1B | 1003s                                  18020-23, 18326-29 |
| | | 1C | CPA Letter                                       18165 |
| | | 1D | VOD                                               18173 |
| | | 1E | Occupancy Affidavits                       18065, 18131 |
| | | 1F | HUD-1                                          18013-15 |
| | | 1G | Wire docs - Funding Worksheet & Wire Instructions      18142, 18435, 18223 |
| | | 1H | EMD Receipts                                  18212-22 |
| | | 1I | Explanation letter                               18172 |

Government's Exhibit List, Page 2 of  62

MortgageIt file: 7817 Fruit Dove –  **Count 1** (cont.)

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 1J | | Loan Approval |
| | | | | 18400-407 |
| | | 1K | | Closing Instructions |
| | | | | 18113-16 |
| | | 1L | | Lease |
| | | | | 18479-80 |
| | | 1M | | 9/20/07, WFB letter to MortgageIt demanding repurchase |
| | | | | 18608-610 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Trash file: Dan Jones or 2324 Cockatiel Drive – **Counts 1 & 2**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 2 | | Trash file: Dan Jones (2324 Cockatiel Drive)                1073-1290 |
| | | 2A | | Residential Purchase Agreement                1085-1096 |
| | | 2B | | VOE                1097, 1174, 1309 |
| | | 2C | | VOD                1175-76, 1178, 1315-16 1319-20, 1332-35 |
| | | 2D | | HUD-1                1232-1234 |
| | | 2E | | 1003's                1102-1106 |
| | | 2F | | Borrower's Certification of Income                1190 |
| | | 2G | | Loan Approval Summary                1196 |
| | | 2H | | Conditional Loan Approval                1223-24 |
| | | 2I | | Grant, Bargain, Sale Deed                1225 |

Trash file: Dan Jones – **Counts 1 & 2**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 3 | | Trash file: Dan Jones (2324 Cockatiel Drive)                    1291-1445 |
| | | 3A | | Contract Agreement Between Global Development Ventures & Guarantor                                     1342 |
| | | 3B | | 1003 w/o address                                     1311-1314 |
| | | 3C | | VOE                                     1361 |
| | | 3D | | VOD                    1315-16, 1319, 1332-35, 1370-86 |
| | | 3E | | accounting of $ paid to straw                                     1336 |
| | | 3F | | Explanation Letters                                     1338, 1352 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Citi Residential Lending – 2324 Cockatiel Dr. –  **Counts 1 & 2**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 4 | | Citi Residential file: 2324 Cockatiel<br>26156-27075 |
| | | 4A | | 1008<br>26229 |
| | | 4B | | Affidavits of Occupancy<br>26241 |
| | | 4C | | Borrower's Certification of Income<br>26366 |
| | | 4D | | Loan Approval<br>26328-26330 |
| | | 4E | | VOE<br>26364 |
| | | 4F | | VOD<br>26367 |
| | | 4G | | 1003's<br>26389-93 |
| | | 4H | | Explanation letter<br>26412 |
| | | 4I | | HUD-1<br>26478-80 |
| | | 4J | | Residential Purchase Agreements<br>26975-26994 |
| | | 4K | | wiring instructions<br>26464 |

Trash file – 928 Lloyd George Dr. – **Counts 1 & 3**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 5 | | Trash file – 928 Lloyd George<br>1830-2112 |
| | | 5A | | HUD-1's<br>2000-2001 |
| | | 5B | | 1003's<br>1985-89, 1992-94, 2018-21, 2024-26 |
| | | 5C | | Borrower's Certifications<br>2102 |
| | | 5D | | 1008<br>2006 |
| | | 5E | | Loan Approval<br>2012-2014 |
| | | 5F | | VOE<br>2039 |
| | | 5G | | VOD<br>2041 |
| | | 5H | | Lease<br>2043-2044 |
| | | 5I | | Addendum to Purchase Agreement<br>2089 |
| | | 5J | | Residential Purchase Agreement<br>2065-2074 |

Trash file – 928 Lloyd George Dr. – **Counts 1 & 3**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
|  |  | 5K |  | Affidavit of Occupancy 2104 |
|  |  | 5L |  | Alliance Investment Partners checks 2009 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Aegis file – 928 Lloyd George Dr. – **Counts 1 & 3**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 6 | | Aegis file – 928 Lloyd George<br>28217-28991 |
| | | 6A | | Residential Purchase Agreement<br>28222-31 |
| | | 6B | | 1008<br>28403 |
| | | 6C | | 1003<br>28326-33, 28749-58 |
| | | 6D | | Loan Approval<br>28286, 28401-02 |
| | | 6E | | HUD-1<br>28556, 28558 |
| | | 6F | | Borrower's Certifications<br>28346 |
| | | 6G | | Affidavit of Occupancy<br>28349 |
| | | 6H | | Underwriting Detail Analysis<br>28489-28490 |

Aegis file – 928 Lloyd George Dr. (cont.) – **Counts 1 & 3**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 6I | | VOD<br><br>28493-94 |
| | | 6J | | VOE<br><br>28495-28498, 28805 |
| | | 6K | | Lease<br><br>28499-500 |
| | | 6L | | General HOPEA Calculation Worksheet<br>28563, 28873 |
| | | 6M | | Weichey Orthodontics Corporate Charter<br>28956-28991 |
| | | 6N | | Wire Transfer Requests<br><br>28708 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Trash file – 11505 Lone Point Court – **Counts 1 & 6**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 7 | | Trash file – 11505 Lone Point Court 2763-2863 |
| | | 7A | | Loan Approval 2765-66 |
| | | 7B | | Borrower's Certification 2799 |
| | | 7C | | VOE 2801-03 |
| | | 7D | | Residential Purchase Agreement 2806-2807 |
| | | 7E | | 1008 2839 |
| | | 7F | | 1003 2832-36, 2840-48 |
| | | 7G | | Affidavit of Occupancy 2852 |
| | | 7H | | 3/14/06 Fax of conditions 2772 |
| | | | | |
| | | | | |
| | | | | |

Fremont file – 11505 Lone Point Court - **Counts 1 & 6**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| | | No. | Witness | |
|---|---|---|---|---|
| | | 8 | | Great American Title file - 11505 Lone Point Court        38743-38856 |
| | | 8A | | HUD-1/ Johnson to ABS                        38748-52 |
| | | 8B | | wire instructions                        38776 |
| | | 8C | | HUD-1/ABS to Brett Depue                        38816 |
| | | | | |
| | | 9 | | Loan file - 11505 Lone Point Court                        47541-47878 |
| | | 9A | | Underwriting Summary                        47543-45 |
| | | 9B | | Loan Approval                        47546-49 |
| | | 9C | | 1008's                        47566 |
| | | 9D | | 1003's                        47567-70 |
| | | 9E | | VOD                        47573 |
| | | 9F | | VOE                        47574-77, 47724 |

Fremont file – 11505 Lone Point Court (cont.) - **Counts 1 & 6**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 9G | | Borrower's Certification<br>47583 |
| | | 9H | | Occupancy Affidavit<br>47584, 47837 |
| | | 9I | | wire transfer<br>47715-16, 47735 |
| | | 9J | | HUD-1<br>47732-33 |
| | | 9K | | Purchase Agreement<br>47767-68 |
| | | 9L | | VOR<br>47785 |
| | | 9M | | Lending Conditions<br>47729 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Fremont file – 11505 Lone Point Court – 2nd mortgage - **Counts 1 & 6**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 10 | | Loan file - 11505 Lone Point Court<br>47879-48142 |
| | | 10A | | Underwriting Summary<br>47881-83 |
| | | 10B | | Loan Approval<br>47884-87 |
| | | 10C | | 1008's<br>47896 |
| | | 10D | | 1003's<br>47897-900 |
| | | 10E | | VOE<br>47912, 47914-16, 48014 |
| | | 10F | | VOD<br>47913 |
| | | 10G | | Borrower's Certification<br>47922, 48123 |
| | | 10H | | Occupancy Affidavit<br>47923, 48116 |
| | | 10I | | HUD-1's<br>48019-20 |
| | | 10J | | Purchase Agreement<br>48055-56 |
| | | 10K | | VOR<br>48073 |

Suntrust file – 46 Fountainhead – Adam Drell  –  **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 11 | | Suntrust Loan file - 46 Fountainhead |
| | | | | 27923-28199 |
| | | 11A | | HUD-1 |
| | | | | 28007-28008 |
| | | 11B | | Grant, Bargain, Sale Deed |
| | | | | 28009-28011 |
| | | 11C | | Wire Transfer Disbursement Detail |
| | | | | 28028 |
| | | 11D | | 1003 |
| | | | | 28031-34, 28040-43 |
| | | 11E | | Borrower's Certification |
| | | | | 28069-70, 28077 |
| | | 11F | | Affidavits of Occupancy |
| | | | | 28071-73, 28080 |
| | | 11G | | Deed of Trust |
| | | | | 28122-35 |
| | | 11H | | CA Loan Worksheet |
| | | | | 28157-58 |
| | | 11I | | 1008 |
| | | | | 28185 |
| | | 11J | | Underwriting Approval Commitment |
| | | | | 28187-89 |

Suntrust file – 46 Fountainhead (cont.) –  **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 11K | | VOD 28192 |
| | | 11L | | VOE 28194-95 |
| | | 11M | | VOR 28196 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Old Republic Title –  46 Fountainhead   –  **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 12 | | Title file - 46 Fountainhead<br>38081-38543 |
| | | 12A | | Grant, Bargain, Sale Deed to ABS<br>38095-38096 |
| | | 12B | | HUD-1/Shephard to Barney<br>38122-23 |
| | | 12C | | ALTA Order Faxes<br>38124-25; 38336 |
| | | 12D | | Disbursement Worksheets<br>38128-30 |
| | | 12E | | Check – seller's proceeds<br>38135; 38239 |
| | | 12F | | Residential Purchase Agreement<br>38188-97 |
| | | 12G | | Grant, Bargain, Sale Deed ABS to Drell<br>38507-09 |
| | | 12H | | Deeds of Trust<br>38249-63 |
| | | 12I | | ABS Operating Agreement<br>38289-301 |

Government's Exhibit List, Page 17 of  62

Old Republic Title –  46 Fountainhead (cont.)  –  **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 12J | | Check to ABS<br>38343 |
| | | 12K | | Check to Bart Maybie<br>38344 |
| | | 12L | | Receipts of funds from Suntrust<br>38357; 38359 |
| | | 12M | | Wire Transfer docs<br>38358; 38360; 38502 |
| | | 12N | | Payoff Statements<br>38365; 38370 |
| | | 12O | | 1008's<br>38415; 38421 |
| | | 12P | | 1003's<br>38422-25; 38461-64 |
| | | 12Q | | Escrow Receipt & $368,000 Maybie check<br>38145 |
| | | 12R | | Express shipping label: Escrow to Suntrust<br>38511 |
| | | 12S | | Payoff Statement<br>38365 |
| | | 12T | | HUD-1/Barney to Drell<br>38329-30 |

Trash file – 2122 Oliver Springs  – **Counts 1 & 4**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 13 | | Trash file – 2122 Oliver Springs<br>1702-1829 |
| | | 13A | | Grant, Bargain, Sale Deed to ABS<br>1709-11 |
| | | 13B | | 1003's<br>1804-07; 1811-14 |
| | | 13C | | HUD-1<br>1752-56 |
| | | 13D | | VOE<br>1760-61; 1769; 1777-79 |
| | | 13E | | Pre-approval Notification<br>1762-68 |
| | | 13F | | VOD<br>1771 |
| | | 13G | | VOR<br>1774-75 |
| | | 13H | | Residential Purchase Agreement<br>1799-1800 |
| | | 13I | | 1008<br>1810 |
| | | 13J | | Borrower's certification<br>1817 |

Trash file – 2122 Oliver Springs  – **Counts 1 & 4**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No.   Witness | | DESCRIPTION |
|---|---|---|---|---|
| | | 13K | | Affidavit of Occupancy<br><br>1819 |
| | | 13L | | Evidence of Property Insurance<br><br>1746 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Countrywide file – 2122 Oliver Springs – Brett Depue  – **Counts 1 & 4**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 14 | | Decision One Mortgage file – 2122 Oliver Springs            11614-11887 |
| | | 14A | | 1003                                                                              11617-19 |
| | | 14B | | Deeds of Trust                                                              11652-66 |
| | | 14C | | Grant, Bargain, Sale Deed: ABS to Depue                 11704-06 |
| | | 14D | | Grant, Bargain, Sale Deed: Strasburgh to ABS                                                                         11710-12 |
| | | 14E | | Affidavit of Occupancy                                                        11727 |
| | | 14F | | Underwriting Results                                                         11763-65 |
| | | 14G | | Pre-approval Notification                                                 11766-68 |
| | | 14H | | VOE                                                             11770; 11793-99 |
| | | 14I | | Explanation letter                                                               11772 |

Countrywide file – 2122 Oliver Springs (cont.) – **Counts 1 & 4**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No.   Witness | | DESCRIPTION |
|---|---|---|---|---|
| | | 14J | | Operating Agreement for ABS 11773-85 |
| | | | | |
| | | 14K | | VOR 11786-87 |
| | | | | |
| | | 14L | | Residential Purchase Agreement 11821-22 |
| | | | | |
| | | 14M | | VOD 11823 |
| | | | | |
| | | 14N | | HUD-1 11862-63 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | 15 | | Great American Title file – 2122 Oliver Springs 39028-39135 |
| | | | | |
| | | 15A | | HUD-1 39060-64 |
| | | | | |
| | | | | |
| | | | | |

Trash file – 11254 Alga Ct. –  **Counts 1 & 5**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No.      Witness | DESCRIPTION |
|---|---|---|---|
| | | 16 | Trash file – 11254 Alga Ct. 2113-2325 |
| | | 16A | 1003's 2280-84; 2314-18 |
| | | 16B | Fax cover sheet to Aegis Funding 2132 |
| | | 16C | Grant, Bargain, Sale Deed to ABS 2133-34 |
| | | 16D | HUD-1 2135-39 |
| | | 16E | Explanation letter 2143 |
| | | 16F | 1008's 2147 |
| | | 16G | Borrower's Certifications 2158; 2174 |
| | | 16H | Affidavits of Occupancy 2176 |
| | | 16I | Underwriting Approval Commitment 2171-72 |
| | | 16J | Joint Venture Agreement 2191-95 |

Trash file – 11254 Alga Ct. (cont.) –  **Counts 1 & 5**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No.      Witness | DESCRIPTION |
|---|---|---|---|
|  |  | 16K | VOR<br>2228-29 |
|  |  | 16L | VOE<br>2233-35 |
|  |  | 16M | VOD<br>2270 |
|  |  | 16N | Purchase Contracts Barney/Depue<br>2239–44 |
|  |  | 16O | Loan Approval<br>2245-46 |
|  |  | 16P | Residential Purchase Agreement to Turner<br>2296-97 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Wargo & French, LLP file – 11254 Alga Ct. – Brett Depue –  **Counts 1 & 5**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 17 | | Suntrust Loan file – 11254 Alga Ct. 27076-27922 |
| | | 17A | | HUD-1's 27195-97 |
| | | 17B | | Grant, Bargain, Sale Deed: ABS to Depue 27135-37 |
| | | 17C | | VOE 27143-45 |
| | | 17D | | Borrower's Certifications 27156; 27229-30 |
| | | 17E | | Affidavits of Occupancy 27159; 27226-28 |
| | | 17F | | Explanation letter 27175 |
| | | 17G | | 1003's 27180-83; 27198-201 |
| | | 17H | | Residential Purchase Agreement 27304-06 |
| | | 17I | | Deeds of Trust 27344-58 |

Wargo & French, LLP file – 11254 Alga Ct. (cont.)  –  **Counts 1 & 5**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No.   Witness | | DESCRIPTION |
|---|---|---|---|---|
| | | 17J | | CA Loan Worksheets 27388-91 |
| | | 17K | | 1008's 27428-30 |
| | | 17L | | Approval Commitment 27431-34 |
| | | 17M | | VOD 27435 |
| | | 17N | | VOR 27436-37 |
| | | 17O | | Wire Transfer Disbursement Detail 27176 |
| | | | | |
| | | 18 | | Great American Title file – 11254 Alga 38662-38740 |
| | | 18A | | HUD-1 38665-69 |
| | | 18B | | Wire instructions 38693 |
| | | 18C | | Reprint Checks 38696 |

Trash file – 2489 Abbeystone – **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 19 | | Trash file – 2489 Abbeystone<br><br>2326-2405 |
| | | 19A | | Resale Open Escrow Form – "1ˢᵗ escrow"<br><br>2329 |
| | | 19B | | Residential Purchase Agreement: Li/Jenna<br><br>2335-45 |
| | | 19C | | Resale Open Escrow Form – "2ⁿᵈ escrow"<br><br>2346 |
| | | 19D | | Grant, Bargain, Sale Deed: Li to Lonsdale<br><br>2358 |
| | | 19E | | Loan Status<br><br>2360-61 |
| | | 19F | | Purchase Contract: ABS to Lonsdale<br><br>2372-74 |
| | | 19G | | Grant, Bargain, Sale Deed: Jenna to ?<br><br>2395-96 |
| | | 19H | | 1003 signature pages<br><br>2399-402 |

Barclays Capital Real Estate Fremont Reorganizing Corp. file – 2489 Abbeystone – Jeff Lonsdale - **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 20 | | Fremont loan file – 2489 Abbeystone |
| | | | | 41352-41510 |
| | | 20A | | 1003 |
| | | | | 41382-90 |
| | | 20B | | VOR |
| | | | | 41401 |
| | | 20C | | VOE |
| | | | | 41410-18; 41427-29 |
| | | 20D | | VOD |
| | | | | 41430 |
| | | 20E | | Purchase Contract: Li to Lonsdale |
| | | | | 41455-57 |
| | | 20F | | HUD-1 |
| | | | | 41469-72 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MortgageIt file – 11261 Tenza Ct. – Thomas & Michelle Depue – **Counts 1 & 8**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 21 | | Loan file – 11261 Tenza Ct.<br>18648-19504 |
| | | 21A | | Deeds of Trust<br>18675-90 |
| | | 21B | | Grant, Bargain, Sale Deed: Cisneros/Depue<br>19236-37 |
| | | 21C | | HUD-1's<br>18768-78 |
| | | 21D | | 1003's<br>18787-90; 19255-58 |
| | | 21E | | Borrower's Certification<br>18846 |
| | | 21F | | Owner Occupancy Agreement<br>18853; 19348 |
| | | 21G | | Residential Purchase Agreement<br>18876-79 |
| | | 21H | | Loan Approval<br>18883-84; 18891-2; 19360-61 |
| | | 21I | | 1008's<br>18885; 18887 |
| | | 21J | | Affidavit of Occupancy<br>18912 |

MortgageIt file – 11261 Tenza Ct. (cont.) – **Counts 1 & 8**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 21K | | VOE 18966-67; 18970-72 |
| | | 21L | | VOD 18973 |
| | | 21M | | Wire transfer instructions 19016-17 |
| | | 21N | | Funding Worksheet 18886 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Trash file – 11624 Aruba Beach – **Counts 1 & 7**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 22 | | Trash file – 11624 Aruba Beach<br>1-167 |
| | | 22A | | HUD-1<br>9-12 |
| | | 22B | | Deeds of Trust<br>31-45 |
| | | 22C | | Payoff Statement<br>69-72 |
| | | 22D | | Notice of Loan Approval<br>73-74 |
| | | 22E | | Real Estate Sales Contract: Cisneros/Depue<br>97-100 |
| | | 22F | | 1003's<br>136-38; 143-45; 149-52; 158-61 |
| | | 22G | | Explanation letter<br>139 |
| | | 22H | | 1008's<br>153 |
| | | | | |

Aurora Loan Services file – 11624 Aruba Beach – Thomas & Michelle Depue –  **Counts 1 & 7**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 23 | | Loan file – 11624 Aruba Beach<br>30736-31128 |
| | | 23A | | 1003<br>30737-40 |
| | | 23B | | VOE<br>30751 |
| | | 23C | | VOD's<br>30752-53 |
| | | 23D | | 1008<br>30760 |
| | | 23E | | Affidavit of Occupancy<br>30887 |
| | | 23F | | Residential Purchase Agreement<br>30905-14 |
| | | 23G | | Notice of Loan Approval<br>30917 |
| | | 23H | | Explanation letter<br>30922 |
| | | 23I | | HUD-1's<br>30928-32 |
| | | 23J | | Deeds of Trust<br>30973-86 |
| | | 23K | | CPA Letter<br>31073 |

Chicago Title file  – 11624 Aruba Beach – **Counts 1 & 7**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 24 | | Title file - 11624 Aruba Beach<br>44483-44954 |
| | | 24A | | HUD-1 (Cisneros purchaser)<br>44496-98 |
| | | 24B | | 1003's<br>44729-32; 44743-46 |
| | | 24C | | Residential Purchase Agreement<br>44935-44 |
| | | 24D | | Order to Pay Commission<br>44910 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Trash file – 3109 Whispering Canyon – Johanna Pike – **Counts 1 & 9**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 25 | | Trash file – 3109 Whispering Canyon<br>1603-1701 |
| | | 25A | | 1008's<br>1604 |
| | | 25B | | 1003's<br>1608-12; 1619-23 |
| | | 25C | | HUD-1<br>1628-30 |
| | | 25D | | Purchase Contract: Depue to Pike<br>1654-56 |
| | | 25E | | Purchase Contract: Burroughs to Pike<br>1657-9 |
| | | 25F | | Purchase Contracts: Burroughs to Depue<br>1671-81 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Aurora Loan Services file – 3109 Whispering Canyon – **Counts 1 & 9**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 26 | | Loan file - 3109 Whispering Canyon<br>31597-31994 |
| | | 26A | | 1003's<br>31598-602; 31728-31 |
| | | 26B | | Owner Occupancy Agreement<br>31622-25 |
| | | 26C | | Explanation letters<br>31635 |
| | | 26D | | W-2's<br>31640-41 |
| | | 26E | | HUD-1's<br>31648-51 |
| | | 26F | | Deeds of Trust<br>31672-87 |
| | | 26G | | Borrower's Certifications<br>31724 |
| | | 26H | | VOE's<br>31761-2; 31930 |
| | | 26I | | VOD<br>31763 |

Aurora Loan Services file – 3109 Whispering Canyon – **Counts 1 & 9**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 26J | | 1008<br>31765 |
| | | 26K | | Real Estate Purchase Contract: Burroughs to Pike        31852 |
| | | 26L | | Affidavit of Occupancy<br>31910 |
| | | 26M | | Loan Approval<br>31927-28 |
| | | 26N | | Wire docs<br>31902, 31894 |
| | | | | |
| | | 27 | | Tumbleson's file<br>45844-45870 |
| | | 27A | | Residential Purchase Agreement<br>45852-60, 45869 |
| | | 27B | | Addendum<br>45863 |
| | | 27C | | HUD-1<br>45865-67 |

Trash file – 7521 Brookwood Ave./Pike –  **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No.  Witness | | DESCRIPTION |
|---|---|---|---|---|
| | | 28 | | Trash file – 7521 Brookwood Ave./Pike 168-368 |
| | | 28A | | Escrow Opening Letter – "1st escrow" 180 |
| | | 28B | | Residential Purchase Agreement: Allen to Depue 181-90 |
| | | 28C | | Grant, Bargain, Sale Deed: Depue to Pike 201 |
| | | 28D | | Deeds of Trust 215-30 |
| | | 28E | | Escrow Opening Letter – "2nd escrow" 268 |
| | | 28F | | Contracts of Purchase: Depue to Pike 270-72 |
| | | 28G | | Contracts of Purchase: Allen to Pike 277-79 |
| | | 28H | | 1003's 314-17; 340-43 |
| | | 28I | | 1008's 322 |

Trash file – 7521 Brookwood Ave./Jenna –   **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 29 | | Trash file – 7521 Brookwood Ave./Jenna 369-485 |
| | | 29A | | Residential Purchase Agreements: Allen to Depue                                   370-79 |
| | | 29B | | VOD                                        382; 451 |
| | | 29C | | Contracts of Purchase: Depue to Pike 388-90 |
| | | 29D | | Escrow Opening Letter – "2nd escrow" 392 |
| | | 29E | | Escrow Opening Letter – "1st escrow" 396 |
| | | 29F | | Addendum #1                                  444 |
| | | 29G | | Addendum                                     447 |
| | | 29H | | Agreement to occupy after close of escrow 478 |
| | | | | |

MortgageIt file – 7521 Brookwood Ave. – Johanna Pike – **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 30 | | Loan file – 7521 Brookwood Ave. 23972-24327 |
| | | 30A | | Deeds of Trust 24004-19 |
| | | 30B | | Grant, Bargain, Sale Deed: Depue to Pike 24063-64 |
| | | 30C | | HUD-1's 24120-23 |
| | | 30D | | 1003's 24100-03; 24202-08 |
| | | 30E | | Owner Occupancy Agreement 24170 |
| | | 30F | | Borrower's Certification 24178 |
| | | 30G | | Loan Approvals 24199; 24201 |
| | | 30H | | 1008 24200 |
| | | 30I | | Explanation letter 24223 |

MortgageIt file (cont.) – 7521 Brookwood Ave. – **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 30J | | VOE's<br>24227-29 |
| | | 30K | | VOD<br>24230 |
| | | 30L | | wire instructions<br>24281 |
| | | | | |
| | | 31 | | Indymac file – 7521 Brookwood<br>42046-42194 |
| | | 31A | | Grant, Bargain, Sale Deed: Allen/Depue<br>42107-08 |
| | | 31B | | Grant, Bargain, Sale Deed: Depue/Pike<br>42099-100 |
| | | 31C | | VOE<br>42153-58 |
| | | 31D | | 1008<br>42175 |
| | | 31E | | HUD-1<br>42176-79 |

Trash file – 7530 Apple Springs – **Counts 1 & 10**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 32 | | Trash file – 7530 Apple Springs 2406-2762 |
| | | 32A | | Escrow Opening Letter – "1st escrow" 2408 |
| | | 32B | | Residential Purchase Agreement: Piercey to Barney 2409-18 |
| | | 32C | | Addendum 2419 |
| | | 32D | | Escrow Opening Letter – "2nd escrow" 2422; 2580 |
| | | 32E | | 1003's 2456-60; 2727-31 |
| | | 32F | | Explanation Letter 2463 |
| | | 32G | | VOE 2464; 2467-68 |
| | | 32H | | Lease 2465-66 |
| | | 32I | | Deed of Trust 2477-91 |
| | | 32J | | 1008's 2559 |
| | | 32K | | Residential Purchase Contract: Piercy to Ornelas 2571-74 |

Trash file (cont.) – 7530 Apple Springs – **Counts 1 & 10**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No.     Witness | DESCRIPTION |
|---|---|---|---|
| | | 32L | Residential Purchase Contract: Barney to Ornelas                                2581-84 |
| | | 32M | Residential Purchase Contract: Piercy to Depue                                 2585-88 |
| | | 32N | Real Estate Sale Contract: Barney/ Depue                                 2691-94 |
| | | 32O | Contract of Purchase: Barney to Depue                                 2599-601 |
| | | 32P | Conditional Loan Approvals                            2603; 2666-67 |
| | | 32Q | HUD-1's                            2625-30 |
| | | 32R | Loan Approval                     2631; 2634; 2643-44 |
| | | 32S | VOD                                 2684-6 |
| | | 32T | Borrower's Certification                                 2742 |
| | | 32U | Affidavit of Occupancy                                 2744 |
| | | 32V | Grant, Bargain, Sale Deed: Piercy/Ornelas                                 2531-32 |
| | | 32W | Borrower Reference                                 2474-75 |

7530 Apple Springs – Erica Ornelas – **Counts 1 & 10**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No.   Witness | | DESCRIPTION |
|---|---|---|---|---|
| | | 33 | | Title file – 7530 Apple Springs<br>37774-37931 |
| | | 33A | | Final Disbursement Report<br>37776 |
| | | 33B | | Grant, Bargain, Sale Deed: Piercey/Ornelas<br>37844 |
| | | 33C | | Deed of Trust<br>37867-81 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Dawna Richert's file – 7530 Apple Springs – **Counts 1 & 10**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 34 | | Dawna Richert's file – 7530 Apple Springs 46043-46351 |
| | | 34A | | Addendum 46138; 46143 |
| | | 34B | | VOD 46139 |
| | | 34C | | HUD-1 46213-16; 46184-85 |
| | | 34D | | Residential Purchase Agreement 46287-96 |
| | | 34E | | Notes 46209-10 |
| | | 34F | | Grant, Bargain, Sale Deed: Piercey/Ornelas 46225-26 |
| | | 34G | | Commission Instructions 46313 |
| | | 34H | | Residential Purchase Agreement to Jenna 46341-50 |
| | | | | |
| | | | | |

MortgageIt file – 3276 Alcudia Bay – Lenka Lilleberg – **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 35 | | Loan file – 3276 Alcudia Bay<br>21359-21869 |
| | | 35A | | Deeds of Trust<br>21494-508 |
| | | 35B | | Wire instructions<br>21427 |
| | | 35C | | Grant Deed: Barney to Lileberg<br>21441 |
| | | 35D | | HUD-1 w/o borrower<br>21450-52 |
| | | 35E | | HUD-1<br>21453-54 |
| | | 35F | | Loan Approval<br>21529-30 |
| | | 35G | | 1008<br>21531 |
| | | 35H | | 1003's<br>21532-35; 21749-53 |
| | | 35I | | Affidavit of Occupancy<br>21554 |

MortgageIt file (cont.) – 3276 Alcudia Bay –  **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 35J | | Borrower's Certification 21582 |
| | | 35K | | Owner Occupancy Agreement 21584 |
| | | 35L | | VOE 21608-10; 21688; 21738 |
| | | 35M | | VOR 21611 |
| | | 35N | | MortgageIT 8/21/07 letter w/findings 21683-85 |
| | | 35O | | Real Estate Sale Contract: Epler/Lileberg 21719-22 |
| | | 35P | | VOD 21765 |
| | | 35Q | | MortgageIt 7/9/07 report 21859-60 |
| | | | | |
| | | | | |

Rebecca McKenna file – 3276 Alcudia Bay –  **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 36 | | Rebecca McKenna file – 3276 Alcudia Bay |
| | | | | 45903-45946 |
| | | 36A | | Residential Purchase Agreement |
| | | | | 45903-12 |
| | | 36B | | Addendum # 1 |
| | | | | 45921 |
| | | 36C | | Real Estate Sales Contract: Epler/Lileberg |
| | | | | 45930-33 |
| | | 36D | | Letter re: $80,000 to ABS |
| | | | | 45938 |
| | | 36E | | HUD-1 |
| | | | | 45945-46 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Aurora Loan Services file – 266 Rolling Springs – Claudia Gamboa –  **Counts 1 & 11**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 37 | | Loan file – 266 Rolling Springs<br><br>31129-31592 |
| | | 37A | | 1003<br><br>31130-34; 31452-55 |
| | | 37B | | VOE<br><br>31145-49; 31290 |
| | | 37C | | VOD<br><br>31150-51 |
| | | 37D | | 1008<br><br>31155 |
| | | 37E | | Contract of Purchase<br><br>31253-56 |
| | | 37F | | Owner Occupancy Agreement<br><br>31261 |
| | | 37G | | Grant, Bargain, Sale Deed: Lee/Gamboa<br>31318 |
| | | 37H | | Loan Approval<br><br>31335-36 |
| | | 37I | | Explanation letter<br><br>31339 |

Aurora Loan Services file (cont.)  – 266 Rolling Springs –  **Counts 1 & 11**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
| --- | --- | --- | --- | --- |
| | | No. | Witness | |
| | | 37J | | QC Loan Detail Report 31343 |
| | | 37K | | ID Theft Affidavit 31345-54 |
| | | 37L | | Grant, Bargain, Sale Deed: Lonsdale to Gamboa            31357-59 |
| | | 37M | | Deeds of Trust 31360-75 |
| | | 37N | | Lease 31397-400 |
| | | 37O | | HUD-1 31403-04 |
| | | 37P | | Borrower's Certification 31576 |
| | | 37Q | | Funding Worksheet 31313 |
| | | | | |
| | | 38 | | Valley Escrow file – 266 Rolling Springs 38046-38080 |
| | | 38A | | Grant, Bargain, Sale Deed: Lonsdale to Gamboa            38049-51 |
| | | 38B | | Deed of Trust 38052–67 |

Trash file – 4034 Annendale Ave. –  **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 39 | | Trash file – 4034 Annendale Ave.<br>4017-4379 |
| | | | | |
| | | 39A | | VOD<br>4366 |
| | | | | |
| | | 39B | | Residential Purchase Agreement: nobody /Lonsdale<br>4308-17 |
| | | | | |
| | | 39C | | Escrow Opening Letter – "1st Escrow"<br>4350 |
| | | | | |
| | | 39D | | Addendum # 1<br>4367 |
| | | | | |
| | | 39E | | Residential Purchase Agreement: Savlov /Lonsdale<br>4328-37 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Aurora Loan Services / Mylor Financial file – 4034 Annendale Ave. – Jennifer Autry –  **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 40 | | Loan file – 4034 Annendale Ave 32507-32937 |
| | | 40A | | Contract of Purchase: Savlov to Autry 32607-09 |
| | | 40B | | VOE 32515-18 |
| | | 40C | | VOD 32519 |
| | | 40D | | 1008 32520 |
| | | 40E | | Grant, Bargain, Sale Deed 32542 |
| | | 40F | | HUD-1 32766-67 |
| | | 40G | | Occupancy Statement 32613 |
| | | 40H | | Affidavit of Pending Loans 32671 |
| | | 40I | | 9/28/07, letter to Aurora 32697-705 |
| | | 40J | | Police Report 32885-90 |

Aurora Loan Services file (cont.)  – 4034 Annendale Ave. –  **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 40K | | Loan Approval<br>32720 |
| | | 40L | | Deeds of Trust<br>32796-810 |
| | | 40M | | 1003's<br>32785-89 |
| | | 40N | | Borrower's Certifications<br>32903; 32906 |
| | | | | |
| | | 41 | | Savlov's file – 4034 Annendale<br>45874-45893 |
| | | 41A | | Residential Purchase Agreement<br>45875-84 |
| | | 41B | | Addendum # 1<br>45890 |
| | | | | |
| | | | | |
| | | | | |

One West Bank file – 878 Bare Branch Ave. – Claudia Gamboa – **Counts 1 & 12**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 42 | | Indymac Loan file – 878 Bare Branch 14267-15068 |
| | | 42A | | 1003's 14295-99; 14658-62 |
| | | 42B | | 1008's 14305 |
| | | 42C | | Deeds of Trust 14482-97 |
| | | 42D | | HUD-1 14351-52 |
| | | 42E | | Faxed Wiring instructions 14376 |
| | | 42F | | Conditional Approval Notice 14385-88 |
| | | 42G | | Underwriting checklist 14388-401 |
| | | 42H | | Lease 14431-34 |
| | | 42I | | Residential Purchase Agreement 14437-45 |
| | | 42J | | Disclosure Notices 14454 |

One West Bank file (cont.) – 878 Bare Branch Ave. – **Counts 1 & 12**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 42K | | Borrower's Certification<br>14543 |
| | | 42L | | Occupancy Declaration<br>14559 |
| | | 42M | | Owner Occupancy Agreement<br>14562 |
| | | 42N | | VOD<br>15040-41 |
| | | | | |
| | | 43 | | Magpantay's file – 878 Bare Branch<br>45972-46037 |
| | | 43A | | Residential Purchase Agreement: Jenna<br>45973-82 |
| | | 43B | | Grant, Bargain, Sale Deed: Magpantay/?<br>45999 |
| | | | | |
| | | 44 | | Grant, Bargain, Sale Deed: Depue/Gamboa<br>41654 |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No.    Witness | DESCRIPTION |
|---|---|---|---|
| | | 45 | Letter re: wires<br><br>37760-61 |
| | | 46 | Interstate wire<br><br>37762 |
| | | 47 | Interstate wire<br><br>37763 |
| | | 48 | Interstate wire<br><br>37765 |
| | | 49 | Interstate wire<br><br>37770 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Fremont file – 7530 Apple Springs – **Counts 1 & 10**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 50 | | Loan file – 7530 Apple Springs<br>46368-46967 |
| | | 50A | | Loan Underwriting Summary<br>46378-80 |
| | | 50B | | Conditional Loan Approval<br>46381-83 |
| | | 50C | | VOE<br>46403; 46429-30 |
| | | 50D | | 1008<br>46405 |
| | | 50E | | 1003's<br>46413-16; 46712-15 |
| | | 50F | | Borrower Reference Form<br>46423, 46728 |
| | | 50G | | VOD<br>46428 |
| | | 50H | | Borrower's Certification<br>46436; 46617 |
| | | 50I | | Occupancy Affidavit<br>46437 |

Fremont file (cont.) – 7530 Apple Springs – **Counts 1 & 10**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 50J | | Deed of Trust <br> 46455-69 |
| | | 50K | | HUD-1 <br> 46546-47 |
| | | 50L | | Grant, Bargain, Sale Deed: Piercy/Ornelas <br> 46550-52 |
| | | 50M | | Real Estate Sale  Contract: Piercy/Ornelas <br> 46568-71 |
| | | 50N | | VOR <br> 46600 |
| | | 50-O | | Disclosure Notices <br> 46619 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Fremont file – 2489 Abbeystone – **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 51 | | Loan file – 2489 Abbeystone<br>46968-47540 |
| | | 51A | | Loan Underwriting Summary<br>46970-72 |
| | | 51B | | Conditional Loan Approval<br>46973-75 |
| | | 51C | | VOE<br>46998-47003 |
| | | 51D | | 1008<br>46985 |
| | | 51E | | 1003's<br>46991-94<br>47296-99; 46723-26 |
| | | 51F | | VOD<br>47004 |
| | | 51G | | Borrower's Certification<br>47010; 47236 |
| | | 51H | | Occupancy Affidavit<br>47011 |
| | | 51I | | Deed of Trust<br>47042-56 |

Fremont file (cont.) – 2489 Abbeystone – **Count 1**

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 51J | | HUD-1<br>47140-43 |
| | | 51K | | Grant, Bargain, Sale Deeds<br>47145-48 |
| | | 51L | | Contract of Purchase<br>47171-73 |
| | | 51M | | VOR<br>47191 |
| | | 51N | | Disclosure Notices<br>47238 |
| | | | | |
| | | 52 | | NV Div. of Employment, Training and Rehabilitation records<br>28200-16 |
| | | 53 | | CD – audio of telephone conversations between Brett Depue and Brett Gibbs |
| | | 53A | | Telephone conversation 1 between Brett Depue and Brett Gibbs |
| | | 53B | | Telephone conversation 2 between Brett Depue and Brett Gibbs |
| | | 54 | | Certificate of Ownership - 1/2 share<br>48571 |

NV Secretary of State records

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No.      Witness | DESCRIPTION |
|---|---|---|---|
| | | 55 | Cert. Corporate records - ABS Development, LLC |
| | | 56 | Cert. Corporate records - ABS Investments Group, LLC |
| | | 57 | Cert. Corporate records - American Capital Development Group, Inc. |
| | | 58 | Cert. Corporate records - American Capital Investments Group, Inc. |
| | | 59 | Cert. Corporate records - The American Dream Corporation, Inc. |
| | | 60 | Cert. Corporate records - B and R Enterprise Group, Inc. |
| | | 61 | Cert. Corporate records - Global Development Ventures, LLC |
| | | 62 | Cert. Corporate records - Liberty Group Investments, LLC |
| | | 63 | Cert. Corporate records - Weichey Orthodontic, Inc. |
| | | | |

Wells Fargo Bank Records

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 64 | Wells Fargo Bank | ABS Investments Group LLC, acct.#X-9731 |
| | | 64A | | Business Account Application 10281-87 |
| | | 64B | | Full Transaction Report/11505 Lone Point 45579 |
| | | 64C | | Account Statement 4/06 10340 |
| | | 64D | | Check 13561 from GAT/46 Fountainhead 45506 |
| | | 64E | | Account Statement 1/06 10329 |
| | | 64F | | Check 14936 from GAT/ 2122 Oliver 45482 |
| | | 64G | | Account Statement 2/06 10332 |
| | | 64H | | Check 15984 from GAT/11254 Alga 45512 |
| | | 64I | | Account Statement 3/06 10336 |

Wells Fargo Bank Records (cont.)

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 64J | | Full Transaction Report/2489 Abbeystone 45493 |
| | | 64K | | Account Statement 6/8/06 10353-54 |
| | | 64L | | Full Transaction Report/11261 Tenza 45568 |
| | | 64M | | Account Statement 7/06 10361-62 |
| | | 64N | | Full Transaction Report/7521 Brookwood 45577 |
| | | 64O | | Account Statement 8/06 10371-73 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Clark County Recorder's Office records

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 67 | | 7817 Fruit Dove - Grant, Bargain, Sale Deed; Declaration of Value |
| | | 68 | | 46 Fountainhead - Grant, Bargain, Sale Deeds; Declarations of Value |
| | | 69 | | 2489 Abbeystone- Grant, Bargain, Sale Deeds; Declarations of Value |
| | | 70 | | 7521 Brookwood- Grant, Bargain, Sale Deeds; Declarations of Value |
| | | 71 | | 11261 Tenza - Grant, Bargain, Sale Deeds; Declarations of Value |
| | | 72 | | 2324 Cockatiel- Grant, Bargain, Sale Deed; Declaration of Value |
| | | 73 | | 928 Lloyd George- Grant, Bargain, Sale Deed; Declaration of Value |
| | | 74 | | 2122 Oliver Springs - Grant, Bargain, Sale Deeds; Declarations of Value |
| | | 75 | | 11254 Alga - Grant, Bargain, Sale Deeds; Declarations of Value |
| | | 76 | | 11505 Lone Point - Grant, Bargain, Sale Deeds; Declarations of Value |
| | | 77 | | 11624 Aruba Beach - Grant, Bargain, Sale Deeds; Declarations of Value |