DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
SARAH GRISWOLD
Assistant United States Attorneys
333 South Las Vegas Blvd., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-0121-RLH-RJJ |
| Plaintiff, | |
| vs. | EVIDENTIARY STIPULATION NUMBER 2 |
| BRETT I. DEPUE, | |
| Defendant. | |

THE UNITED STATES OF AMERICA, by and through Daniel G. Bogden, United States Attorney, Brian Pugh and Sarah Griswold, Assistant United States Attorneys, and Mace J. Yampolsky, counsel for defendant, HEREBY STIPULATE to the admission into evidence at trial of the following exhibits:

Exhibit 8C, records from Old Republic National Title's Depue/11505 Lone Point file related to Counts 1 and 6;

Exhibit 12T, records from Old Republic National Title's Drell/46 Fountainhead file related to Count 1;

Exhibit 21N, records from MortgageIt's Depue/11261 Tenza Court loan file related to Counts 1 and 8;

Exhibit 26O, records from Aurora Loan Services' Pike/3109 Whispering Canyon file related to Counts 1 and 9;

Exhibit 37R, records from Aurora Loan Services' Gamboa/266 Rolling Springs loan file related to Counts 1 and 11;

Exhibit 49, summary chart from Federal Reserve Bank related to Counts 1, 3, 4, and 5;

Exhibit 50-O, records from Fremont Investment & Loan's Ornelas/7530 Apple Springs loan file related to Counts 1 and 10;

Exhibit 52, records from the Nevada Division of Employment, Training and Rehabilitation related to ABS Investments Group;

Exhibit 55, Certified Corporate records - ABS Development, LLC;

Exhibit 56, Certified Corporate records - ABS Investments Group, LLC;

Exhibit 57, Certified Corporate records - American Capital Development Group, Inc.;

Exhibit 58, Certified Corporate records - American Capital Investments Group, Inc.;

Exhibit 59, Certified Corporate records - The American Dream Corporation, Inc.;

Exhibit 60, Certified Corporate records - B and R Enterprise Group, Inc.;

Exhibit 61, Certified Corporate records - Global Development Ventures, LLC;

Exhibit 62, Certified Corporate records - Liberty Group Investments, LLC;

Exhibit 63, Certified Corporate records - Weichey Orthodontic, Inc.;

Exhibit 64A through 64-O, records from Wells Fargo Bank for ABS Investments Group LLC, acct.#X-9731;

Exhibit 65A and 65B, records from Wells Fargo Bank for Global Development Ventures, acct.#X-4956;

Exhibits 66A through 66C, records from Wells Fargo Bank for Alliance Investment Partners LLC, acct.#X-5243;

Exhibit 67, Certified Assessor's Records - 7817 Fruit Dove - Grant, Bargain, Sale Deed; Declaration of Value;

Exhibit 68, Certified Assessor's Records - 46 Fountainhead - Grant, Bargain, Sale Deeds; Declarations of Value;

Exhibit 69, Certified Assessor's Records - 2489 Abbeystone- Grant, Bargain, Sale Deeds; Declarations of Value;

Exhibit 70, Certified Assessor's Records - 7521 Brookwood- Grant, Bargain, Sale Deeds; Declarations of Value;

Exhibit 71, Certified Assessor's Records - 11261 Tenza - Grant, Bargain, Sale Deeds; Declarations of Value;

Exhibit 72, Certified Assessor's Records - 2324 Cockatiel- Grant, Bargain, Sale Deed; Declaration of Value;

Exhibit 73, Certified Assessor's Records - 928 Lloyd George- Grant, Bargain, Sale Deed; Declaration of Value;

Exhibit 74, Certified Assessor's Records - 2122 Oliver Springs - Grant, Bargain, Sale Deeds; Declarations of Value;

Exhibit 75, Certified Assessor's Records - 11254 Alga - Grant, Bargain, Sale Deeds; Declarations of Value;

Exhibit 76, Certified Assessor's Records - 11505 Lone Point - Grant, Bargain, Sale Deeds; Declarations of Value; and

Exhibit 77, Certified Assessor's Records - 11624 Aruba Beach - Grant, Bargain, Sale Deeds; Declarations of Value.

      Respectfully submitted.

                                        DANIEL G. BOGDEN
                                        United States Attorney

DATED: February 3, 2012         /s/ Sarah E. Griswold
                                        BRIAN PUGH
                                        SARAH E. GRISWOLD
                                        Assistant United States Attorneys

DATED: February 3, 2012         /s/ Mace J. Yampolsky
                                        MACE J. YAMPOLSKY
                                        Counsel for Defendant