DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Fax: (702) 388-5087

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:10-cr-0121-RLH-RJJ |
| Plaintiff, | EVIDENTIARY STIPULATION NUMBER 3 |
| VS. | |
| BRETT I. DEPUE, | |
| Defendant. | |

THE UNITED STATES OF AMERICA, by and through Daniel G. Bogden, United States Attorney, Brian Pugh, and Sarah Griswold, Assistant United States Attorneys, and Mace J. Yampolsky, counsel for defendant, HEREBY STIPULATE to the following:

1. The September 13, 2005, telephone verification of Dan Jones' employment in the 2324 Cockatiel Dr. transaction as alleged in Count Two of the indictment was an interstate wire communication.

2. The September 23, 2005, wire of $549,961.10 to fund the 928 Lloyd George Drive transaction as alleged in Count Three of the indictment was an interstate wire communication.

3. The February 2, 2006, wire of $75,556.57 to fund the 2122 Oliver Springs Street transaction as alleged in Count Four of the indictment was an interstate wire communication.

4. The February 24, 2006, wire of $398,242.51 to fund the 11254 Alga Court transaction as alleged in Count Five of the indictment was an interstate wire communication.

5. The March 14, 2006, fax of lending conditions in the 11505 Lone Point Court transaction as alleged in Count Six of the indictment was an interstate wire communication.

6. The June 29, 2006, fax of payoff statements in the 11624 Aruba Beach transaction as alleged in Count Seven of the indictment was an interstate wire communication.

7. The July 6, 2006, wire of money in the 3109 Whispering Canyon Court transaction as alleged in Count Nine of the indictment was an interstate wire communication.

8. The September 26, 2006, fax of Borrower Reference form in the 7530 Apple Springs Street transaction as alleged in Count Ten of the indictment was an interstate wire communication.

9. The April 13, 2007, wire of money in the 266 Rolling Springs Drive transaction as alleged in Count Eleven of the indictment was an interstate wire communication.

10. The April 27, 2007, fax of wiring instructions in the 878 Bare Branch Avenue transaction as alleged in Count Twelve of the indictment was an interstate wire communication.

Respectfully submitted.

DANIEL G. BOGDEN
United States Attorney

DATED: 2/6/12

BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys

DATED: 2/6/2012

MACE J. YAMPOLSKY
Counsel for Defendant

2