```
                UNITED STATES DISTRICT COURT
                     DISTRICT OF NEVADA
```

UNITED STATES OF AMERICA,    )
                             )
    Plaintiff(s),          )
                             )           2:10-cr-121-RLH-RJJ
vs.                          )
                             )           MINUTES OF THE COURT
BRETT DEPUE,                 )
                             )           February 8, 2012
    Defendant(s).          )
_____)

THE HONORABLE     **ROGER L. HUNT**     UNITED STATES DISTRICT JUDGE

COURTROOM ADMINISTRATOR KANDY CAPOZZI  COURT REPORTER HEATHER NEWMAN

COUNSEL FOR PLAINTIFF(S) BRIAN PUGH; SARAH GRISWOLD

COUNSEL FOR DEFENDANT(S) BRETT DEPUE *(pro se);* MACE YAMPOLSKY *(standby)*

MINUTES OF PROCEEDINGS: **JURY TRIAL (Day Three)**

The Court convenes at 8:38 a.m. Defendant is present. FBI agent Steven Konrad is present with the Government.

The Court was contacted late yesterday by Juror #7 advising that he was having medical problems but intended to try and continue his service. The Court was informed this morning that Juror #7 was in the emergency room. Therefore, Juror #7 has been excused and Juror #13 assumes the vacant position.

**CASSIDY J. COTTEN**, remaining under oath, resumes the stand and examination concludes. The witness is cross-examined, further examined on redirect and recross, then excused.

Mr. Pugh calls **ANGELA ROZAR** to the stand. The witness is sworn, examined and excused.

Ms. Griswold calls **JOHANNA PIKE** to the stand. The witness is sworn, examined and excused.

The Court recesses from 9:59 a.m. to 10:16 a.m.

Ms. Griswold calls **JOAN KUPTZ DELGADO** the stand. The witness is sworn, examined and excused.

Mr. Pugh calls **ERICA BEATRICE ORNELAS** to the stand. The witness is sworn, examined and excused.

Mr. Pugh calls **DAWNA RICHERT** to the stand. The witness is sworn, examined and excused. Government's exhibits 34H, 34D, 34A, 34B, 34C, 34F and 34G are marked and admitted into evidence.

Mr. Pugh calls **TAMMY ABBOTT** to the stand. The witness is sworn, examined and excused.

Ms. Griswold reads Evidentiary Stipulation Number 3 (Government's exhibit 103) into the record.

The Court recesses from 11:52 a.m. to 12:28 p.m.

The Court advises that trial will commence at 10:30 a.m. this Friday, February 10, 2012 and recess at 3:00 p.m. The noon break will be moved to 12:30 p.m.

Mr. Pugh calls **BARTON KENT MAYBIE** to the stand. The witness is sworn, examined, cross-examined and excused. Government's exhibit 78 is marked and admitted into evidence.

Mr. Pugh calls **PAULA MARTIN** to the stand. The witness is sworn, examined, cross-examined, further examined on redirect and recross, then excused.

**IT IS HEREBY ORDERED the trial in this matter shall continue THURSDAY, FEBRUARY 9, 2012 at 8:30 a.m.**

The jury is admonished and the Court adjourns at 2:18 p.m.

```
                                    LANCE S. WILSON, CLERK
                                    U.S. DISTRICT COURT

                                    BY: /s/ Kandy Capozzi
                                    Courtroom Administrator
```