```
                  UNITED STATES DISTRICT COURT
                       DISTRICT OF NEVADA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>     Plaintiff(s),  )<br>  )   2:10-cr-121-RLH-RJJ<br>vs. )<br>  )   MINUTES OF THE COURT<br>BRETT DEPUE, )<br>  )   February 9, 2012<br>     Defendant(s). )<br>  ) | |

THE HONORABLE     **ROGER L. HUNT**     UNITED STATES DISTRICT JUDGE

COURTROOM ADMINISTRATOR KANDY CAPOZZI COURT REPORTER HEATHER NEWMAN

COUNSEL FOR PLAINTIFF(S) BRIAN PUGH; SARAH GRISWOLD

COUNSEL FOR DEFENDANT(S) BRETT DEPUE *(pro se)*; MACE YAMPOLSKY *(standby)*

MINUTES OF PROCEEDINGS: **JURY TRIAL (Day Four)**

The Court convenes at 8:37 a.m. Defendant is present. FBI agent Steven Konrad is present with the Government.

Ms. Griswold calls **JENNA DEPUE** to the stand. The witness is sworn and examination commences. Government's exhibit 43A is marked and admitted into evidence.

The Court recesses from 10:02 a.m. to 10:19 a.m.

The examination of **Ms. Depue** concludes. Following cross-examination, redirect and recross, the witness is excused. Government's exhibit 44 is marked and admitted into evidence.

Ms. Griswold calls **ADAM DRELL** to the stand. The witness is sworn, examined, cross-examined and excused.

Mr. Pugh calls **JEFFREY STUART LONSDALE** to the stand. The witness is sworn and examination commences. Government's exhibit 104 is marked and admitted into evidence.

The Court recesses from 12:00 p.m. to 12:33 p.m.

**OUTSIDE THE PRESENCE OF THE JURY:** Ms. Griswold brings to the Court's attention that Mr. Yampolsky filed a motion this morning

which requests the Court reconsider its decision permitting Mr. Depue to represent himself during the trial.

The Court has not seen the motion, but advises that will not be granted without a request from Mr. Depue.

Mr. Yampolsky addresses the Court.

The Court directs that Mr. Depue's approval be obtained prior to the filing of any future motions.

Mr. Depue affirms that he wishes to continue representing himself.

**The jury enters at 12:40 p.m.**

The examination of **Mr. Lonsdale** concludes. Following cross-examination, further examination on redirect and recross, the witness is excused. Government's exhibit 54 is marked and admitted into evidence.

Mr. Pugh calls **THOMAS EDWARD DEPUE** to the stand. The witness is sworn, examined, cross-examined, further examined on redirect and then excused.

Mr. Pugh calls **SAMUEL CARDOSO** to the stand. The witness is sworn and examination commences.

**IT IS HEREBY ORDERED the trial in this matter shall continue FRIDAY, FEBRUARY 10, 2012 at 10:30 a.m.**

The jury is admonished and the Court adjourns at 2:31 p.m.

LANCE S. WILSON, CLERK
U.S. DISTRICT COURT

BY: /s/ Kandy Capozzi
Courtroom Administrator