DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-cr-0121-RLH-RJJ |
| ) | |
| PLAINTIFF, ) | MOTION TO DISMISS COUNTS NINE, |
| ) | ELEVEN AND TWELVE OF THE |
| VS. ) | INDICTMENT |
| ) | |
| BRETT I. DEPUE, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Brian Pugh and Sarah E. Griswold, Assistant United States Attorneys, moves to dismiss Counts Nine, Eleven, and Twelve of the Indictment.

Respectfully submitted this 13th day of February 2012.

                                          DANIEL G. BOGDEN
                                          United States Attorney

                                          /s/ Brian Pugh
                                          BRIAN PUGH
                                          SARAH E. GRISWOLD
                                          Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an employee in the office of the United States Attorney for the District of Nevada and is a person of such age and discretion as to be competent to serve papers and that on February 14, 2012, a copy of the foregoing document will be hand delivered and served on Brett Depue, defendant.

/s/ Brian Pugh
BRIAN PUGH