# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 2:10-CR-121-RLH-RJJ |
| vs. | **O R D E R** |
| | **DENYING AUTHORIZATION** |
| BRETT DEPUE, | (Authorization for Standby Counsel |
| | to Act on Behalf of Defendant–#142) |
| Defendant. | |

Defendant Depue's Standby Counsel, Mace Yampolsky, has signed and filed an **Authorization for Standby Counsel to Act on Behalf of Defendant for all Pretrial Matters** (#142, filed February 21, 2012–a holiday).  This authorization is rejected and denied.

Defendant Depue has, against the advice of his attorney and this Court, elected to represent himself in this matter.  The case was previously tried resulting in a deadlocked jury and the subsequent retrial which is to begin Monday next.  The United States has filed several pre-trial motions which must be addressed before trial begins again.

A defendant has the Constitutional right to represent himself.  He may also elect to forgo that right and permit counsel to resume representation of him.  But he cannot use standby counsel as co-counsel and he cannot bounce back and forth between representation by counsel and his self-representation, simply for his convenience.

While he may seek stand-by counsel's assistance in providing him with direction, information and suggestions, he may not authorize counsel to represent him unless he waives his right to represent himself for the duration of the case.

1

IT IS THEREFORE ORDERED that the **Authorization for Standby Counsel to Act on Behalf of Defendant for all Pretrial Matters** (#142) is REJECTED and DENIED.

Dated:  February 22, 2012.

_____
Roger L. Hunt
**United States District Judge**