**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-cr-121-RLH-RJJ |
| v. ) | |
| ) | **O R D E R** |
| ) | |
| BRETT DEPUE, ) | |
| ) | |
| ) | |
| Defendant. ) | |

On **March 6, 2012,** a jury verdict was returned which found the Defendant guilty as charged in Counts One, Two, Three, Four, Five, Six, Seven and Ten of the Indictment. The Defendant faces a substantial sentence and has no ties to this community. The Court finds there is no evidence to rebut the presumption and that no conditions or combination of conditions can assure the appearance of the Defendant for sentencing.

ACCORDINGLY, **IT IS HEREBY ORDERED pursuant to 18 USC § 3148, the release order heretofore entered on April 5, 2010 is revoked and the Defendant is remanded to the custody of the U.S. Marshal pending sentencing or further order of this Court.**

DATED this  6th    day of March, 2012

```
                                  _____
                                  ROGER L. HUNT
                                  UNITED STATES DISTRICT JUDGE
```