```
                    FILED
                  JUN 15 2012
              CLERK, U.S. DISTRICT COURT
                 DISTRICT OF NEVADA
              BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-121-RLH (RJJ) |
| ) | |
| BRETT DEPUE, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on March 14, 2012, that BRETT DEPUE shall pay a criminal forfeiture money judgment of $8,593,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 1341, 1343, 1344 and 1349; Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 183.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRETT DEPUE a criminal forfeiture money judgment in the amount of $8,593,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

. . .

. . .

1  Title 18, United States Code, Sections 1341, 1343, 1344 and 1349; Title 18, United States Code,
2  Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).
3  DATED this ___15___ day of ___June___, 2012.

_____
UNITED STATES DISTRICT JUDGE