# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:10-cr-121-RLH-RJJ |
| Plaintiff, | ) ) | **O R D E R** |
| vs. | ) ) | (Motion to Review Juror Questionnaires-#286) |
| BRETT DEPUE, | ) ) | |
| Defendant. | ) ) | |

Before the Court is the Government's motion to review juror questionnaires (#286, filed July 10, 2015). The Court will grant this request as to both parties. Pursuant to the request by the Government, both parties may review juror information on the questionnaires save and except for personal information such as juror: addresses, telephone numbers, social security numbers, and any other such personal information.

IT IS THEREFORE ORDERED that the Government's motion to review Juror Questionnaires is GRANTED to the extent detailed above.

DATED: July 14, 2015.

_____
Roger L. Hunt
United States District Judge

AO 72
(Rev. 8/82)

1