1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   SARAH E. GRISWOLD
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada  89101
   702-388-6336
5  Fax: 702-388-6418

6

7                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
8                              -oOo-

9

10 UNITED STATES OF AMERICA,        )  Case No.: 2:10-cr-121-RLH-RJJ
                                    )
11         Plaintiff,                )  **UNITED STATES' NOTICE**
                                    )  **REGARDING DEFENDANT'S SET OF**
12    vs.                           )  **TRIAL EXHIBITS**
                                    )
13 BRETT DEPUE,                     )
                                    )
14         Defendant.                )
                                    )
15 _____ )

16     The United States, by and through Daniel G. Bogden, United States Attorney for the

17 District of Nevada, and Sarah E. Griswold, Assistant United States Attorney, hereby submits

18 this Notice Regarding Defendant's Set of Trial Exhibits.

19     The United States provided pro se defendant Brett Depue with a set of Government's

20 Proposed Trial Exhibits before the commencement of the third trial in this case.  The vast

21 majority of these exhibits were introduced into evidence at trial.  Defendant did not introduce

22 any of his own exhibits.  After the jury returned its verdicts and defendant was remanded into

23 custody and removed from the courtroom, defendant's set of exhibits remained on a chair at

24 defense table.  Standby counsel Angela Dows indicated to the courtroom administrator, the

court reporter, and the undersigned that she would take custody of the exhibits and maintain them for defendant or an attorney who may be appointed to represent defendant on appeal. The United States herby files this Notice to ensure that the defendant is aware of the location of his set of trial exhibits.

Respectfully submitted August 3, 2015.

                                              DANIEL G. BOGDEN
                                              United States Attorney

                                              /s/ Sarah E. Griswold
                                              SARAH E. GRISWOLD
                                              Assistant United States Attorney

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has served the foregoing UNITED STATES' NOTICE REGARDING DEFENDANT'S SET OF TRIAL EXHIBITS on pro se defendant Brett Depue through his standby counsel Angela Dows by means of electronic filing. I further certify that one of the participants in the case is not a registered CM/ECF user. I have mailed the foregoing document First-Class Mail, postage prepaid, to the following non-CM/ECF participant:

> BRETT I. DEPUE, Pro Se, 81757-208
> Nevada Southern Detention Center
> 2190 E. Mesquite Ave.
> Pahrump, NV 89060

DATED this 3rd day of August, 2015.

                                               /s/ Sarah E. Griswold
                                               Sarah E. Griswold