# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-cr-121-RLH-RJJ |
| vs. | ) | **O R D E R** |
| BRETT DEPUE, | ) | |
| Defendant. | ) | |

On August 3, 2015, a jury verdict was returned which found the Defendant guilty as charged in Counts One, Two, Three, Four, Five, Six, Seven, and Ten of the Indictment. The Defendant faces a substantial sentence and has no ties to this community. The Court finds there is no evidence to rebut the presumption and that no conditions or combination of conditions can assure the appearance of the Defendant for sentencing

ACCORDINGLY, **IT IS HEREBY ORDERED** pursuant to 18 U.S.C § 3148, the release order heretofore entered on June 8, 2015 is revoked and the Defendant is remanded to the custody of the U.S. Marshal pending sentencing or further order of this Court.

DATED this 4th day of August, 2015.

_____
ROGER L. HUNT
UNITED STATES DISTRICT JUDGE