**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-CR-121-RLH-(RJJ) |
| v. ) | |
| ) | |
| BRETT DEPUE, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that defendant BRETT DEPUE was found guilty on Count One through Seven and Ten of a Twelve-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349 and in Counts Two through Seven and Ten with Wire Fraud in violation of Title 18, United States Code, Section 1343. Criminal Indictment, ECF No. 1; Jury Verdict, ECF No. 311; Minutes of Jury Trial, ECF No. 315.

This Court finds that BRETT DEPUE shall pay a criminal forfeiture money judgment of $8,593,000 in United States Currency to the United States of America, to be held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2); and Title 21, United States Code, Section 853(p).

/ / /

/ / /

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2 States recover from BRETT DEPUE a criminal forfeiture money judgment in the amount of
3 $8,593,000 in United States Currency.
4  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
5 certified copies to the United States Attorney's Office.
6  DATED this 21st day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE