# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                                                            ) | |
|              Plaintiff,                            ) | |
|                                                            ) | |
|       v.                                              ) | 2:10-CR-121-RLH-(RJJ) |
|                                                            ) | |
| BRETT DEPUE,                             ) | |
|                                                            ) | |
|              Defendant.                      ) | |

## FINAL ORDER OF FORFEITURE

This Court found that BRETT DEPUE shall pay the criminal forfeiture money judgment of $8,593,000 in United States Currency, to be held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2); and Title 21, United States Code, Section 853(p).   Criminal Indictment, ECF No. 1; Jury Verdict, ECF No. 311; Minutes of Jury Trial, ECF No. 315; Preliminary Order of Forfeiture, ECF No. 318.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRETT DEPUE the criminal forfeiture money judgment in the amount of $8,593,000 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2); and Title 21, United States Code, Section 853(p).

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Daniel D. Hollingsworth, Asset Forfeiture Unit.

DATED this 9th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

U.S. v. Brett Depue
2:10-cr-121-RLH-RJJ
<u>Restitution List</u>

| | |
|---|---|
| Aurora Loan Services<br>Attn: Dave Burgess<br>10350 Park Meadows Drive<br>Littleton, Colorado 80124<br>RE:  3109 Whispering Canyon Ct.; 11624 Aruba Beach Ave.; 4034 Annendale Ave.;<br>      266 Rolling Springs Dr. | $702,239.44 |
| OneWest Bank<br>RE:   878 Bare Branch Ave. | $ 95,488.91 |
| American Servicing Company<br>8480 Stagecoach Circle<br>Frederick, MD 21701<br>RE:   11505 Lone Point Ct. | $214,701.58 |
| FDIC<br>1601 Bryan St.<br>Dallas, TX 75201<br>RE:   11261 Tenza Ct.; 7521 Brookwood Ave. | $555,000.00 |
| TOTAL RESTITUTION: | $1,567,429.93 |



```
____FILED          ____RECEIVED
____ENTERED        ____SERVED ON
         COUNSEL/PARTIES OF RECORD

           NOV - 9 2015

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```